**Order entered October 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01143-CV

## CLINTON ADAMS, Appellant

## V.

## CITY OF DALLAS, TEXAS, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-00321-B

## ORDER

We **GRANT** appellant's October 2, 2014 motion for extension of time to file notice of appeal. Appellant's September 8, 2014 notice of appeal is considered timely for jurisdictional purposes.

We **DENY** appellee's September 15, 2014 motion to dismiss appeal for lack of jurisdiction.


/s/     ADA BROWN
          JUSTICE